Case 4:22-cv-01102   Document 11   Filed 04/19/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FROST BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01102 |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' stipulation of dismissal with prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in which the parties stipulate to the dismissal of this case, with prejudice (Dkt. No. 10). The premises considered, now therefore, it is ORDERED: that all claims and causes of action brought by and between the plaintiff, Frost Bank, and the defendant, JPMorgan Chase Bank, N.A. in the above-captioned cause are hereby dismissed with prejudice to re-filing same or any part thereof, with each party to bear its own costs and attorney's fees.

It is so ORDERED.

SIGNED on April 19, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge